☑ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JAN - 9 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RONALD VARELA-MENBRINO, aka,<br>Ronald Jason Membreno Romero,<br><br>　　　　　Defendant. | 2:13-CR-303-JCM-(GWF) |

**PRELIMINARY ORDER OF FORFEITURE**

　　This Court finds that on January 9, 2014, defendant RONALD VARELA-MENBRINO, aka, Ronald Jason Membreno Romero pled guilty to Count One of a Two Count Criminal Indictment charging him in Count One with Illegal Alien in Possession of a Firearm in violation of Title 18, United States Code, Section 922(g)(5)(A). Criminal Indictment, ECF No. 9; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

　　This Court finds defendant RONALD VARELA-MENBRINO, aka, RONALD JASON MEMBRENO ROMERO agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment. Criminal Indictment, ECF No. 9; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

　　This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture

. . .

Allegation of the Criminal Indictment and the offense to which defendant RONALD VARELA-MENBRINO, aka, Ronald Jason Membreno Romero pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

1. a Ruger Model P95 9-millimeter semi-automatic handgun bearing serial number 316-51939; and
2. any and all ammunition

(all of which constitutes "property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of RONALD VARELA-MENBRINO, aka, Ronald Jason Membreno Romero in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be signed by the petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and

1 | Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's
2 | right, title, or interest in the forfeited property and any additional facts supporting the petitioner's
3 | petition and the relief sought.

4 | IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
5 | with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

6 | IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
7 | shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
8 | following address at the time of filing:

> Michael A. Humphreys
> Assistant United States Attorney
> Daniel D. Hollingsworth
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101.

13 | IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
14 | need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
15 | following publication of notice of seizure and intent to administratively forfeit the above-described
16 | property.

17 | DATED this 9th day of January, 2014.

UNITED STATES DISTRICT JUDGE